IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MICHAEL TOBIAS**<br><br>PLAINTIFF<br><br>V.<br><br>**UNKNOWN PERSONS 1 AND 2, HIS WIFE JANE DOE AND THE CONJUGAL PARTNERSHIP FORMED BETWEEN THEM; ABC COMPANY; PAYWARD VENTURES, INC. DBA KRAKEN BITCOIN EXCHANGE**<br><br>DEFENDANTS | Declaratory Judgment<br>Preliminary and Permanent Injunction<br>Theft, Fraud and RICO<br><br><br><br>PLAINTIFF DEMANDS JURY TRIAL |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

Now comes Plaintiff **MICHAEL TOBIAS**, by through the undersigned counsel, very respectfully state, allege, and requests:

Plaintiffs hereby request and/or Notify the Honorable Court the Dismissal of the action against **PAYWARD VENTURES, INC. D/B/A KRAKEN BITCOIN EXCHANGE**.

**WHEREFORE**, it is respectfully requested from this Honorable Court that this Motion **BE GRANTED** and that the present parties to the complaint be **DISMISSED**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico today January 6, 2023.

**I HEREBY CERTIFY:** That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF

electronic filing system, which will provide notification of this filing to the parties involved in the case at bar.

.

          **/s/ ALLAN AMIR RIVERA-FERNANDEZ**
          **USDC-PR 301904**
          CAPITAL CENTER BLDG.
          SUITE 401
          239 ARTERIAL HOSTOS AVENUE
          SAN JUAN, PUERTO RICO 00918
          PHONE: (787) 763-1780
          FAX: (787) 763-2145
          Email: allan@capital.tax